158 A.3d 576

STATE OF NEW JERSEY, PLAINTIFF, v. JOSEPH L. CODY (A/K/A JOSE CODY, JOSIE L. CODY, JOISE CODY, JOSEPH CODY, LEE CODY, JOSIE CODY), DEFENDANT. STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. VICTOR CODY (A/K/A VICTOR E. CODY, VICTOR M. CODY), DEFENDANT–PETITIONER.

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–5005/5204–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.